UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDUARDO REYES, *on behalf of himself, FLSA Collective Plaintiffs, and the Class*,<br><br>                              Plaintiffs,<br><br>-against-<br><br>A.B. BAKERY RESTAURANT CORP. d/b/a JACQUELINE'S BAKERY RESTAURANT, et al.,<br><br>                              Defendants. | 23-cv-1612 (AS)<br><br><u>NOTICE OF REASSIGNMENT</u> |

ARUN SUBRAMANIAN, United States District Judge:

      This case has been reassigned to the undersigned. All counsel must familiarize themselves with the Court's Individual Rules, which are available at https://nysd.uscourts.gov/hon-arun-subramanian. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment, including the August 18, 2023 deadline to file a joint letter and Proposed Case Management Plan.

      The conference scheduled for August 25, 2023 at 2:30 p.m. will still take place. The conference will be held in Courtroom 15A of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007. Absent leave of Court obtained by letter-motion filed before the conference, the conference must be attended by the attorney who will serve as Lead Trial Counsel.

      Requests for extensions or adjournment may be made only by letter-motion filed on ECF, and must be received at least 48 hours before the deadline or scheduled appearance, absent compelling circumstances. The written submission must state (1) the original date(s) set for the appearance or deadline(s) and the new date(s) requested; (2) the reason(s) for the request; (3) the number of previous requests for adjournment or extension; (4) whether these previous requests

were granted or denied; and (5) whether opposing counsel consents, and, if not, the reasons given by opposing counsel for refusing to consent.

    SO ORDERED.

Dated: August 15, 2023
       New York, New York

                                        ARUN SUBRAMANIAN
                                        United States District Judge