UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDUARDO REYES, *on behalf of himself, FLSA Collective Plaintiffs and the Class,*<br><br>       Plaintiff,<br><br> v.<br><br>A.B. BAKERY RESTAURANT CORP.<br> d/b/a JACQUELINE'S BAKERY RESTAURANT,<br>R&R 1579 BAKERY CORP.<br> d/b/a JACQUELINE'S LOUNGE, and<br>REYNALDO BRAVO,<br><br>       Defendants. | Case No.: 23-cv-01612<br><br>**[PROPOSED]**<br>**RULE 68 JUDGMENT** |

  **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants A.B. BAKERY RESTAURANT CORP. d/b/a JACQUELINE'S BAKERY RESTAURANT, R&R 1579 BAKERY CORP. d/b/a JACQUELINE'S LOUNGE, and REYNALDO BRAVO (collectively "Defendants"), having offered to allow Plaintiff EDUARDO REYES ("Plaintiff") to take a judgment against them, in the sum of Thirty Thousand Dollars and No Cents ($30,000.00) ("Judgment Amount"), to resolve all of Plaintiff's individual claims against Defendants, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated December 15, 2023 and filed as Exhibit A to Docket Number 50;

  **WHEREAS**, on December 15, 2023, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 50);

  It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff EDUARDO REYES, in the sum of $30,000.00, in accordance with the terms and

conditions of Defendants' Rule 68 Offer of Judgment dated December 15, 2023 and filed as Exhibit A to Docket Number 50. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED:**

Dated: _____, 2023      _____
       New York, New York                                  U.S.D.J.